# LEWIS & LIN LLC

Brett E. Lewis
David D. Lin*

Michael D. Cilento
Roberto Ledesma†
Justin Mercer*
Savita Sivakumar‡
Lauren Valli

Shuyu Wang§

*also admitted in New Jersey
†also admitted in Florida
‡admitted in Washington, D.C. only
§law clerk, not admitted

77 Sands Street, 6th Floor
Brooklyn, NY 11201

Tel: (718) 243-9323
Fax: (718) 243-9326

www.iLawco.com

Writer's email: Justin@iLawco.com

December 30, 2021

**VIA ECF**
Judge Matthew J. Skahill, U.S.M.J.
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Courtroom 3C
Camden, NJ 08101

*Spanish Sports Network, LLC et al v. Spanish Football Productions LLC et al*
Case No.: 1:20-cv-07354-KMW-MJS

Dear Judge Skahill:

  We represent the plaintiffs in the above-referenced action. The parties have stipulated to a protective order (enclosed herein as Exhibit A) in the form of Appendix S. The parties have also agreed to enter into a F. R. E. 502 stipulation, enclosed as Exhibit B. Accordingly, the parties jointly request that the Court So Order the enclosed Protective Order with stipulation and F.R.E 502 stipulation. The parties conferred on the form of the order and consent to the proposed document enclosed herein.

  Thank you for your attention to this request.

Respectfully submitted,

LEWIS & LIN LLC

LEWIS & LIN LLC

                                                   /s/ Justin Mercer  
                                                   Justin Mercer

Enclosures

cc:     Counsel of Record (via ECF)