# LEWIS & LIN LLC

Brett E. Lewis
David D. Lin*

Michael D. Cilento
Jane J. Jaang
Roberto Ledesma†
Justin Mercer*
Savita Sivakumar‡
Lauren Valli

Shuyu Wang§

*also admitted in New Jersey
†also admitted in Florida
‡admitted in Washington, D.C. only
§law clerk, not admitted

77 Sands Street, 6th Floor
Brooklyn, NY 11201

Tel: (718) 243-9323
Fax: (718) 243-9326

www.iLawco.com

Writer's email: Lauren@iLawco.com

June 1, 2022

**VIA ECF**
The Honorable Matthew J. Skahill, U.S.M.J.
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Courtroom 3C
Camden, NJ 08101

*Spanish Sports Network, LLC et al. vs. Spanish Football Productions, LLC, et al.*
Civil Case No.: 1:20-cv-07354-KMW-MJS

Dear Judge Skahill:

      We write on behalf of Plaintiffs Spanish Sports Network, LLC et al. ("SSN") and Michael Sciore ("Sciore," collectively with SSN, "Plaintiffs") and jointly with Defendants Spanish Beisbol Productions LLC ("SBP"), William Kulik ("Kulik," collectively with SBP the "Kulik Defendants") and Raymond Devine ("Devine") to request an extension of time to complete fact discovery. The current deadline for fact discovery is June 1, 2022 (ECF Doc No. 58). The parties are requesting an extension of 60 days, i.e. until July 31, 2022.

      The parties are actively engaged in settlement negotiations and believe that the additional time will better facilitate these talks and ultimately a resolution to this action.

      We thank the Court for its attention to this matter.

# LEWIS & LIN LLC

Respectfully submitted:

LEWIS & LIN LLC

*/s/ Lauren Valli*
Justin Mercer, Esq.
Lauren Valli, Esq. (admitted pro hac vice)

*Attorneys for Spanish Sports Network, LLC and Michael Sciore*

ARMSTRONG TEASDALE LLP

*/s/Daniella Gordon*
Daniella Gordon, Esq.

*Attorneys for Defendant Spanish Beisbol Productions LLC and William Kulik*

RYAN, BROWN, BERGER, & GIBBONS, P.C.

*/s/Robert R. Hopkins*
Robert R. Hopkins, Esq.

*Attorneys for Defendant Raymond Devine*