# LEWIS & LIN LLC

Brett E. Lewis
David D. Lin

Michael D. Cilento
Michael Druckman
Jane J. Jaang
Roberto Ledesma
Savita Sivakumar*
Rachel Ann Stephens*
Shuyu Wang

 * admitted in Washington, D.C. only

77 Sands Street, 6th Floor
Brooklyn, NY 11201

Tel: (718) 243-9323
Fax: (718) 243-9326

www.iLawco.com

Writer's email: David@iLawco.com

September 22, 2022

**VIA ECF**
Hon. Matthew J. Skahill, U.S.M.J.
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Courtroom 3C
Camden, NJ 08101

*Spanish Sports Network, LLC et al. vs. Spanish Football Productions, LLC, et al.*
Civil Case No.: 1:20-cv-07354-KMW-MJS

Dear Judge Skahill:

I am counsel for plaintiffs in this matter and write with defendants' consent in regards to the Court's Order of September 9 scheduling a telephone conference for September 26 (Dkt. 67). The referenced Order directed the parties to report back to the Court by today as to whether this conference remains necessary.

Earlier this evening, I received information from defendants' counsel that may be helpful for the parties' settlement prospects. As the result, the parties would like some additional time to deliberate regarding settlement. We accordingly ask the Court to adjourn the September 26 conference for three weeks so the parties may continue their discussions. We believe that the additional time will better facilitate these talks and can ultimately lead to a resolution of this action.

# LEWIS & LIN LLC

We thank the Court for its attention to this matter.

Respectfully submitted,

David D. Lin