# LEWIS & LIN LLC

Brett E. Lewis
David D. Lin

Michael D. Cilento
Michael Druckman
Jane J. Jaang
Roberto Ledesma
Savita Sivakumar*
Rachel Ann Stephens*
Shuyu Wang

* admitted in Washington, D.C. only

77 Sands Street, 6th Floor
Brooklyn, NY 11201

Tel: (718) 243-9323
Fax: (718) 243-9326

www.iLawco.com

Writer's email: David@iLawco.com

December 8, 2022

**VIA ECF**
Hon. Matthew J. Skahill, U.S.M.J.
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Courtroom 3C
Camden, NJ 08101

*Spanish Sports Network, LLC et al. vs. Spanish Football Productions, LLC, et al.*
Civil Case No.: 1:20-cv-07354-KMW-MJS

Dear Judge Skahill:

      I am counsel for plaintiffs and write with defendants' consent pursuant to the Court's Order of November 9 (Dkt. 71).

      The parties have circulated a full draft of a settlement agreement and are currently in the process of exchanging revisions.  The draft was delayed due to the Thanksgiving holiday and counsel's involvement in a lengthy trial. However, at this point, the parties are hopeful that a full settlement may be reached within the next two weeks.  Accordingly, we ask the Court to adjourn the conference scheduled for December 12 by two weeks so the parties may finalize their discussions.  We thank the Court for its attention.

Respectfully submitted,

David D. Lin