# LEWIS & LIN LLC

Brett E. Lewis
David D. Lin

Michael D. Cilento
Michael Druckman
Jane J. Jaang
Roberto Ledesma
Savita Sivakumar*
Rachel Ann Stephens*
Shuyu Wang

* admitted in Washington, D.C. only

77 Sands Street, 6th Floor
Brooklyn, NY 11201

Tel: (718) 243-9323
Fax: (718) 243-9326

www.iLawco.com

Writer's email: David@iLawco.com

December 30, 2022

**VIA ECF**
Hon. Matthew J. Skahill, U.S.M.J.
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Courtroom 3C
Camden, NJ 08101

*Spanish Sports Network, LLC et al. vs. Spanish Football Productions, LLC, et al.*
Civil Case No.: 1:20-cv-07354-KMW-MJS

Dear Judge Skahill:

      I am counsel for plaintiffs and write pursuant to the Court's Order of December 9 (Dkt. 73) with Defendants' consent. As of today, a full settlement agreement has not been executed. However, the parties have exchanged edits on a draft of the settlement agreement and are hopeful that the settlement can be finalized in the next few weeks. Accordingly, we ask the Court to adjourn the conference scheduled for January 3 by three weeks so the parties may finalize their discussions. We thank the Court for its attention.

Respectfully submitted,

David D. Lin