

**Daniella Gordon**
Direct **T** 267.780.2017  **F** 215.405.9070
dgordon@atllp.com

January 25, 2023

*<u>Via ECF</u>*

The Honorable Matthew J. Skahill, U.S.M.J.
United States District Court of New Jersey
Mitchell H. Cohen Building & US Courthouse
4th & Cooper Streets
Room 3C
Camden, NJ  08101

   *Re: Spanish Sports Network, et al. v. William Kulik, et al.*
     *Civil Case No. 1:20-cv-07354-KMW-MJS*

Dear Judge Skahill:

  The parties exchanged final settlement agreement revisions over the preceding weeks. The last suggested edits were circulated yesterday and today from plaintiff's counsel. The matter appears to be on the cusp of resolution. We are available to appear for today's status conference, but since it appears that the matter will resolve shortly, we wanted to provide this update and respectfully suggest that a status date be relisted for the following weeks, so as not to waste the Court's time. We anticipate advising the Court that the matter is resolved shortly.

  We thank the Court for its time and consideration.

                Respectfully,

                Daniella Gordon

DG/smb
Cc: David Lin, Esquire
   Robert Hopkins, Esquire