

**Daniella Gordon**
Direct **T** 267.780.2017  **F** 215.405.9070
dgordon@atllp.com

February 8, 2023

<u>*Via ECF*</u>

The Honorable Matthew J. Skahill, U.S.M.J.
United States District Court of New Jersey
Mitchell H. Cohen Building & US Courthouse
4th & Cooper Streets
Room 3C
Camden, NJ  08101

      *Re:   Spanish Sports Network, et al. v. William Kulik, et al.*
            *Civil Case No. 1:20-cv-07354-KMW-MJS*

Dear Judge Skahill:

      The parties jointly and respectfully request an adjournment of today's conference, as they seek client review of final minor edits to the settlement agreement.  We thank the Court for its consideration.

                                           Respectfully,

                                           Daniella Gordon

DG/smb
Cc:     All Counsel of Record (via ECF)

ARMSTRONG TEASDALE LLP  |  2005 MARKET ST., 29TH FLOOR, ONE COMMERCE SQUARE, PHILADELPHIA, PA 19103  **T**  267.780.2000  **F** 215.405.9070  **ArmstrongTeasdale.com**